✓ # 658592
# 128513

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN RE: \*  CASE # 06-33673 W
      CHAPTER 13
 \*
Lopez, Jose Luis
Debtor  \*

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee issued stop payments and voided eighteen disbursement checks.

2. The balance of funds for the creditor in the amount of **$6611.88** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "dismissed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 547070 | Alexsandra Batdorf | 1802.26 | 4/30/09 |
|  | c/o Local 8 IBEW Retirement & Trust |  |  |
|  | 727 Lime City Road |  |  |
|  | Rossford, Oh  43460 |  |  |
| 556247 | Alexsandra Batdorf | 4581.06 | 5/29/09 |
|  | Same as above |  |  |
| -- | Balance | 228.56 | 9/28/07 to Present |

3. Your trustee's check #658592 in the amount of $6611.88 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 04/29/10

John P. Gustafson
Trustee in Bankruptcy